# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| JEAN SCHLACHER, ALFRED SCHLACHER and TERI SCHLACHER v. LAW OFFICES OF PHILLIP J. ROTCHE & ASSOCIATES, P.C | FILED: MAY 15, 2008<br>08CV2844     AEE<br>JUDGE SHADUR<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS - JEAN SCHLACHER, ALFRED SCHLACHER and TERI SCHLACHER

| | |
|---|---|
| **NAME (Type or print)**<br>Curtis C. Warner | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>        s/  Curtis C. Warner | |
| **FIRM**<br>Warner Law Firm, LLC | |
| **STREET ADDRESS**<br>151 N. Michigan Ave. Ste. 3714 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60601 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6282197 | **TELEPHONE NUMBER**<br>(312) 238-9820 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |