# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

JEAN SCHLACHER, ALFRED SCHLACHER and TERI SCHLACHER v. LAW OFFICES OF PHILLIP J. ROTCHE & ASSOCIATES, P.C

Case Number:

FILED: MAY 15, 2008
08CV2844    AEE
JUDGE SHADUR
MAGISTRATE JUDGE NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS - JEAN SCHLACHER, ALFRED SCHLACHER and TERI SCHLACHER

| | |
|---|---|
| NAME (Type or print) | |
| Colleen M. McLaughlin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Colleen M. McLaughlin | |
| FIRM | |
| Law Offices of Colleen M. McLaughlin | |
| STREET ADDRESS | |
| 1751 S. Naperville Rd. Suite 209 | |
| CITY/STATE/ZIP | |
| Wheaton, IL 60187 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 03127466 | (630) 221-0305 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ | |