**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>JEAN SCHLACHER, ALFRED SCHLACHER and TERI SCHLACHER v. LAW OFFICES OF PHILLIP J. ROTCHE & ASSOCIATES, P.C | Case Number:<br>**FILED: MAY 15, 2008**<br>**08CV2844          AEE**<br>**JUDGE SHADUR**<br>**MAGISTRATE JUDGE NOLAN** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS - JEAN SCHLACHER, ALFRED SCHLACHER and TERI SCHLACHER

| |
|---|
| NAME (Type or print)<br>Dmitry N. Feofanov |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Dmitry N. Feofanov |
| FIRM<br>ChicagoLemonLaw.com, P.C. |
| STREET ADDRESS<br>404 Fourth Ave. West |
| CITY/STATE/ZIP<br>Lyndon, IL 61261 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6224899 | (815) 986-7303 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐