UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jean Schlacher, Alfred Schlacher and Teri Schlacher, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.: 08 CV 2844 |
| v. | ) | |
| | ) | Judge Shadur |
| Law Offices of Phillip Rotche & Associates, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AGREED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant, Law Offices of Phillip Rotche & Associates ("Rotche") by and through its attorneys David M. Schultz and Corinne C. Heggie pursuant to Rule 6 for its Agreed Motion for an Enlargement of Time to file its responsive pleading to plaintiff's Complaint, states as follows:

1.      On May 15, 2008, plaintiff filed a class action Complaint against defendant alleging that defendant violated the Fair Debt Collection Practices Act, ("FDCPA").

2.      Defendant was served on or about May 20, 2008.  Defendant's responsive pleading was due Monday, June 9, 2008.

3.      Defense counsel has recently returned from maternity leave was just retained. Counsel needs additional time to analyze the issues in this matter, confer with its client and prepare the appropriate response.  Defense counsel is contemporaneously filing an appearance with this motion.

4.      On June 12, 2008, defense counsel discussed the additional time with counsel for the plaintiff and counsel for the plaintiff has no objection.

5.      This time is not meant for the purpose of unnecessary delay and will not prejudice any party to the litigation.

WHEREFORE, Defendant, Law Office of Phillip Rotche & Associates, respectfully, requests that this Court grant it an additional time, up to and including July 7, 2008, to file its responsive pleading to plaintiff's Complaint.

Respectfully Submitted,

 s/Corinne C. Heggie
One of the attorneys for
Law Office of Phillip Rotche & Associates

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

6328938v1 838180