UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jean Schlacher, Alfred Schlacher and Teri Schlacher,<br><br>        Plaintiffs,<br><br>v.<br><br>Law Offices of Phillip Rotche & Associates,<br><br>        Defendant. | Case No.: 08 CV 2844<br><br>Judge Shadur |

### NOTICE OF MOTION

To:    Curtis Warner
        Warner Law Firm, LLC
        151 N. Michigan Avenue
        Suite 3714
        Chicago, Illinois 60601
        (312) 238-9820
        cwarner@warnerlawllc.com

       PLEASE TAKE NOTICE that on the 17th day of June, 2008 at 9:15 A.M., or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Milton I. Shadur or any Judge sitting in his stead in Courtroom 2303 of the Dirksen Federal Building, and then and there present **Defendant's Agreed Motion for an Enlargement of Time,** a copy of which is hereby served upon you.

                                              Respectfully submitted

                                              By:/s/Corinne C. Heggie
                                              One of the Attorneys for Defendant,
                                              Law Office of Phillip Rotche & Associates

David M. Schultz
Corinne C. Heggie
Hinshaw & Culbertson LLP
222 No. LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

6329189v1 838180