UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jean Schlacher, Alfred Schlacher and Teri Schlacher,<br><br>      Plaintiffs,<br><br>v.<br><br>Law Offices of Phillip Rotche & Associates,<br><br>      Defendant. | Case No.: 08 CV 2844<br><br>Judge Shadur |

## CERTIFICATE OF SERVICE

      I, the undersigned, an attorney, on oath state that on June 12, 2008 I served the above and foregoing **Appearance, Agreed Motion for an Enlargement of Time and Notice of Motion** via electronic mail to the following:

Curtis Warner
Warner Law Firm, LLC
151 N. Michigan Avenue
Suite 3714
Chicago, Illinois 60601
(312) 238-9820
cwarner@warnerlawllc.com

                                                  Respectfully submitted

                                                  By:/s/Corinne C. Heggie
                                                  One of the Attorneys for Defendant,
                                                  Law Office of Phillip Rotche & Associates

David M. Schultz
Corinne C. Heggie
Hinshaw & Culbertson LLP
222 No. LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

6329186v1 838180