UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEAN SCHLACHER, ALFRED SCHLACHER, and TERI SCHLACHER, </br></br> Plaintiffs, </br></br> v. </br></br> LAW OFFICES OF PHILLIP ROTCHE & ASSOCIATES, P.C. </br></br> Defendant. | Case No.: 08 CV 2844 </br></br> Judge Shadur </br></br> Magistrate Judge Nolan |

## FEDERAL RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Law Offices of Phillip Rotche & Associates, P.C., states as follows:

1. Law Offices of Phillip Rotche & Associates, P.C. has no parent corporation.

2. No publicly held corporation owns 10% or more of Law Offices of Phillip Rotche & Associates, P.C. stock.

Respectfully submitted,

By: s/Corinne C. Heggie
One of the Attorneys for Defendant

David M. Schultz
Corinne C. Heggie
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3000

6333863v1 889735

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEAN SCHLACHER, ALFRED SCHLACHER, and TERI SCHLACHER,<br><br>               Plaintiffs,<br><br>v.<br><br>LAW OFFICES OF PHILLIP ROTCHE & ASSOCIATES, P.C.<br><br>               Defendant. | Case No.: 08 CV 2844<br><br>Judge Shadur<br><br>Magistrate Judge Nolan |

**NOTICE OF FILING**

TO:

| Curtis C. Warner | Colleen M. McLaughlin | Dmitry N. Feofanov |
|---|---|---|
| WARNER LAW FIRM, LLC | LAW OFFICES OF COLLEEN M. MCLAUGHLIN | COHN BAUGHMAN & MARTIN |
| Millennium Park Plaza | 1751 S. Naperville Rd., Ste. 209 | 333 W. Wacker Dr., |
| 155 N. Michigan Ave., Ste. 737 | Wheaton, IL 60187 | Ste. 900 |
| Chicago, IL 60601 | colleen@cmmclaw.com | Chicago, IL 60606 |
| cwarner@warnerlawllc.com | | feofanov@chicagolemonlaw.com |

    PLEASE TAKE NOTICE that on **July 7, 2008,** we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's **FEDERAL RULE 7.1 DISCLOSURE STATEMENT**, in connection with the above entitled cause, a copy of which is attached hereto.

                                            Respectfully submitted,

                                            HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz<br>Corinne C. Heggie<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>312/704-3000<br>312/704-3001 – facsimile<br>dschultz@hinshawlaw.com<br>cheggie@hinshawlaw.com | s/ *Corinne C. Heggie*<br>Corinne C. Heggie |

6337626v1 889735

## CERTIFICATE OF SERVICE

I hereby certify that on **July 7, 2008,** I electronically filed the above and foregoing **NOTICE OF FILING and FEDERAL RULE 7.1 DISCLOSURE STATEMENT** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

HINSHAW & CULBERTSON LLP

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
cheggie@hinshawlaw.com

s/ *Corinne C. Heggie*
Corinne C. Heggie