**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Jean Schlacher, et al.
                                              Plaintiff,

v.                                                                        Case No.:
                                                                     1:08−cv−02844

                                                                     Honorable Milton I.
                                                                     Shadur

Law Offices of Phillip J. Rotche & Associate, P.C.
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable Milton I. Shadur: Status hearing set for 8/19/2008 at 09:00 AM. The 8/18 status date as set in the July 8 minute order is stricken.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.