IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEAN SCHLACHER, ALFRED SCHLACHER, and TERI SCHLACHER,<br><br>Plaintiffs,<br><br>v.<br><br>LAW OFFICES OF PHILLIP J. ROTCHE & ASSOCIATES, P.C.<br><br>Defendant, | 08 C 2844<br><br>Judge Shadur<br><br>Magistrate Judge Nolan |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Monday, July 14, 2008, at 9:15 a.m**., before the Honorable **Milton I. Shadur**, or any judge occupying his place and stead in **Room 2303** of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, Plaintiffs shall present **Plaintiffs' Motion to Strike Defendant's Third Affirmative Defense.**

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
155 N. Michigan Avenue, Suite 737
Chicago, Illinois 60601
(312) 238-9820 (TEL)

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on July 9, 2008, I filed electronically **Plaintiffs Motion to Strike Defendant's Third Affirmative Defense and notice of the motion thereof** using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered to the following:

David M. Schultz
Corinne C. Heggie
Hinshaw & Culbertson LLP
222 No. LaSalle St., Ste. 300
Chicago, IL 60601-1081

                                           Respectfully submitted,

                                           s/ Curtis C. Warner
                                              Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
155 N. Michigan Avenue, Suite 737
Chicago, Illinois 60601
(312) 238-9820 (TEL)