# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jean Schlacher, et al.

Plaintiff,

v.                                                              Case No.:
                                                               1:08−cv−02844
                                                               Honorable Milton I.
                                                               Shadur

Law Offices of Phillip J. Rotche & Associate, P.C.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2008:

     MINUTE entry before the Honorable Milton I. Shadur:Motion to strike 3rd affirmative defense[20] is granted. Motion hearing held on 7/14/2008. Status hearing reset for 9/9/2008 at 09:00 AM. The August 18 status date is vacated.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.