# United States District Court

## Northern District of Illinois

Eastern Division

Teri Schlacher　　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　v.　　　　　　　　　　　　　　　Case Number: 08 C 2844

Law Offices of Phillip Rotche &
Assoc.

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐　　Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in favor of Plaintiff, Teri Schlacher and against defendant, Law Offices of Phillip Rotche & Assoc., in the sum of $1,500.00.

　　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk of Court

Date: 8/1/2008　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　/s/ Sandy Newland, Deputy Clerk