Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2844 | **DATE** | 8/1/2008 |
| **CASE TITLE** | Jean Schlacher, et al vs. Law Offices of Phillip J. Rotche & Assoc. | | |

**DOCKET ENTRY TEXT**

Based on the acceptance by plaintiff, Alfred Schlacher of the Fed. R. Civ. P. ("Rule") 68 offer made by defendant, Law Offices of Phillip J. Rotche & Assoc., judgment is ordered to be entered in favor of Alfred Schlacher and against defendant in the sum of $1,000.00. This Court determines pursuant to Rule 54(b) that there is no just reason for delay and accordingly directs entry of a final judgment in that amount against defendant (see, e.g., Doe v. City of Chicago, 360 F. 3d 667, 668-69 (7th Cir. 2004)). In accordance with the Rule 68 offer, Alfred Schlacher is also entitled to an award of reasonable attorneys fees and costs to be determined by this Court, an entitlement that does not prevent or affect the finality of the judgment ordered here.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|