# United States District Court
## Northern District of Illinois
### Eastern Division

Alfred Schlacher

v.

Law Offices of Phillip J. Rotche & Assoc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 08 C 2844

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in favor of Plaintiff, Alfred Schlacher and against defendant, Law Offices of Phillip J. Rotche & Assoc. in the sum of $1,000.00.

Michael W. Dobbins, Clerk of Court

Date: 8/1/2008

/s/ Sandy Newland, Deputy Clerk