**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JEAN SCHLACHER, ALFRED SCHLACHER, and TERI SCHLACHER[1], | ) ) | |
| | ) | 08 C 2844 |
| Plaintiffs, | ) ) | |
| | ) | Judge Shadur |
| v. | ) ) | |
| | ) | Magistrate Judge Nolan |
| LAW OFFICES OF PHILLIP J. ROTCHE & ASSOCIATES, P.C. | ) ) | |
| | ) | |
| Defendant, | ) | |

**PLAINTIFF'S MOTION TO COMPEL THE DEPOSITIONS OF
WILLIAM G. SLIGAR AND PHILLIP J. ROTCHE**

NOW COMES, Plaintiff Jean Schlacher ("Plaintiff"), by an through her counsel, and motions this Honorable Court to order Defendant Law Offices of Phillip J. Rotche & Associates, P.C.'s, ("Rotche") to produce Willam G. Sligar ("Sligar") and Phillip J. Rotche for their depositions.

Plaintiff's counsel, Curtis C. Warner, certifies that he in good faith conferred via e-mail and attempted to confer via telephone with Corinne C. Heggie, Rotche's counsel, having failed to make discovery possible in an effort to obtain it without court action as demonstrated by his efforts below.

Plaintiff's counsel, Curtis C. Warner, also certifies that after good faith attempts to resolve differences between the parties regarding the deposition dates the parties are unable to reach an accord and counsel's attempts to engage in such consultation via telephone were unsuccessful due to no fault of counsel's.

---

[1] On August 1, 2008, final judgments where entered in favor of Plaintiffs Alfred and Teri Schlacher on their FDCPA claims and as such do not take part in this motion, but they along with Jean Schlacer are referred to as ("Plaintiffs") in this motion when they were at issue in this matter.

In support of this motion, Plaintiff states as follows:

## INTRODUCTION

Despite several e-mails and telephone attempts to obtain a date(s) for Sligar and Rotche depositions, Rotche's counsel simply refuses to do so.  On July 8, 2008, at the initial status conference in this matter, Plaintiffs' counsel informed the Court that they would be promptly seeking the depositions of two of the persons from Defendant's law office.  Rotche's counsel assured the Court that the deponents would promptly be made available.  However, Rotche's counsel's representation to this Court and her willingness to produce these deponents are in opposite of each other.

## BACKGROUND

On May 16, 2008, Plaintiffs Jean, Alfred and Teri Schlacher filed their Complaint against Rotche alleging various violations of the Fair Debt Collection Practices Act ("FDCPA") arising from Sligar's rude, belittling, and abusive behavior in an attempt to collect a debt.  (Dkt. 1).  On June 12, 2008, Rotche, though its counsel, moved for an extension of time to answer the Complaint. (Dkt. 11).  Plaintiffs' counsel attempted to obtain a Rule 26(f) conference, but Rotche's counsel would not have the conference until the "parties are at issue." On July 7, 2008, Rotche filed its answer to Plaintiffs' Complaint.  On July 7, 2008, after Rotche's Answer was filed the parties' counsel conducted the Rule 26(f) conference.

## RULE 37 - LOCAL RULE 37.2
## ATTEMPTS TO OBTAIN THE REQUESTED DEPOSITIONS

On July 8, 2008, Plaintiffs' counsel issued a notice of depositions.  (Appendix 1). The e-mail to Rotche's counsel expressly stated, "If it is determined that any of the requested deponents or their counsel is not available on the day and time scheduled for the depositions, please immediately contact me and provide me with a date in which the deponent and their

counsel is available." (<u>Id</u>.). The depositions were noticed for July 23, 2008.  On July 14, 2008,

after the hearing on Plaintiffs' motion to strike, Rotche's counsel stated that the July 23, 2008

depositions would not go forward due to her schedule.  Later that day Plaintiffs' counsel wrote:

> This e-mail shall serve as a follow up to our conversation today at court. You advised me that the depositions of Mr. Rotche and Mr. Sligar will not be able to go forward on the date and time set due to your schedule. Therefore, please provide meat your earliest convenience 3 alternative dates and times in which the requested deponents would be available. Please be advised that if no response is provided by July 21, 2008, consider this a Rule 37, L.R. 37.2 communication in an attempt to obtain discovery.

(<u>Appendix 2</u>).

On July 22, 2008, Rotche's counsel responded in part, that they did not have dates

for Rotche's or Sligar's depositions yet.  On July 23, 2008, Plaintiffs' counsel issued an

Amended Notice of Depositions for August 8, 2008.  (<u>Appendix 3</u>).  On July 24, 2008, Rotche's

counsel notified Plaintiffs' counsel that she was unavailable that day due to depositions in

Waukegan, but promised, "I will confer with Mr. Sligar and Mr. Rotche for three (3) alternative

deposition dates."  (<u>Appendix 4, p. 2</u>).  On July 25, 2008, Rotche's counsel propounded written

discovery and unilaterally scheduled a video deposition of each Plaintiff for September 16, 2008.

*See* (<u>Appendix 5</u>).

Rotche's counsel having not provided alternative dates for the requested

depositions, prompted Plaintiffs' counsel to contact Rotche's counsel via telephone.  Rotche's

counsel did not answer the telephone and Plaintiffs' counsel left a voice message requesting a

call to discuss the matter.  The message was followed up by an e-mail on July 29, 2008.

(<u>Appendix 4, p. 2</u>).

On July 30, 2008, Rotche's counsel, in pertinent part, wrote Plainitff's counsel,

**"there is no need for me to provide you with the dates Mr. Rotche and Mr. Sligar**

**communicated to me.”** (<u>Appendix 6</u>, p. 2) (emphasis added).  In response Plaintiff's counsel again requested Rotche's counsel to call him to discuss the depositions. (<u>Id</u>. p. 1).

On August 1, 2008, Rotche's counsel noticed the deposition of Plaintiff's primary care physician, Dr. Yong.  (<u>Appendix 7</u>).  To date, Rotche's counsel has contacted Plaintiff's counsel by telephone regarding the requested depositions.

## ARGUMENT

The use of discovery is an important tool to prepare a party's case.  In *United States v. Procter & Gamble Co.*, 356 U.S. 677 (1958), the Court stated that, "[m]odern instruments of discovery serve a useful purpose.... They together with pretrial procedures make a trial less a game of blindman's bluff and more a fair contest with the basic issues and facts disclosed to the fullest practicable extent. Only strong public policies weigh against disclosure." *Procter & Gamble Co.*, 356 U.S. at 682.  Here, Plaintiff has been simply requesting Rotche to produce two deponents so that she may move for summary judgment on liability and to prepare for trial.  Yet despite Plaintiff's counsel's attempts to obtain such needed discovery, they have been blocked by Rotche's counsel's refusal to provide even one deposition date.

Rule 32 permits the use of depositions in civil matters.  *See generally* FED. R. CIV. P. 32.  Plaintiff desires to take the depositions of Sligar and Phillip J. Rotche to use in this matter.  Plaintiff has been wrongfully denied the opportunity to conduct discovery needed to prosecute her claims in this matter.

## CONCLUSION

WHEREFORE, Plaintiff requests this Honorable Court to enter an order requiring Sligar and Rotche to be presented for their depositions within 10 days of a hearing on this motion

and such other relief as this Court feels appropriate.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 737
Chicago, Illinois 60601
(312) 238-9820 (TEL)

Colleen M. McLaughlin
Law Offices of Colleen M. McLaughlin
1751 S. Naperville Rd., Ste. 209
Wheaton, IL 60187
(630) 221-0305 (TEL)

Dmitry N. Feofanov
ChicagoLemonLaw.com, P.C.
404 Fourth Avenue West
Lyndon, IL 61261
(815) 986-7303 (TEL)

# APPENDIX 1

**Subject: 08-cv-02844 Schlacher et al v. Law Offices of Phillip J. Rotche**
**Date:** Tuesday, July 8, 2008 6:24 AM
**From:** Curt Warner <cwarner@warnerlawllc.com>
**To:** Corinne C Heggie <cheggie@hinshawlaw.com>, Colleen McLaughlin
<colleen@cmmclaw.com>, Dmitry Feofanov <Feofanov@ChicagoLemonLaw.com>
**Conversation:** 08-cv-02844 Schlacher et al v. Law Offices of Phillip J. Rotche

Attached please find the notice of depositions in this matter.

If it is determined that any of the requested deponents or their counsel is not available
on the day and time scheduled for the depositions, please immediately contact me and
provide me with a date in which the deponent and their counsel is available.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Curtis Warner**      |   **Admitted in Illinois & Michigan**

Warner Law Firm, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 737
Chicago, Illinois 60601
**tel.** 312.238.9820
**fax.** 312.638.9139
**web.** www.warnerlawllc.com
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - -
IMPORTANT: This message is intended solely to be used by the individual or entity to
which it is addressed.  It may contain information which is privileged, confidential and
otherwise exempt by law from disclosure.  If you are not the intended recipient, and
employee or agent responsible for delivering this message to its intended recipient, you
are herewith notified that any dissemination, distribution or copying of this
communication is strictly prohibited.  If you have received this communication in error,
please notify us immediately and delete this communication.  Thank you.  Warner Law Firm,
LLC

Any tax advice contained in this email was not intended to be used, and cannot be used,
by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of
1986, as amended.

------------------------------------------------------------------------------------------
----------------------------------

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEAN SCHLACHER and TERI SCHLACHER, | ) | |
| | ) | 08 C 2844 |
| Plaintiffs, | ) | |
| | ) | Judge Schader |
| v. | ) | |
| | ) | Magistrate Judge Nolan |
| LAW OFFICES OF PHILLIP J. ROTCHE & | ) | |
| ASSOCIATES, P.C. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITIONS

TO:    David M. Schultz      dschultz@hinshawlaw.com
       Corinne C. Heggie     cheggie@hinshawlaw.com
       HINSHAW & CULBERTSON LLP
       222 North LaSalle Street, Suite 300
       Chicago, Illinois 60601

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure that on **Tuesday, July 29, 2008**, Plaintiffs will take the depositions of the persons listed below in the above-captioned matter upon oral examination before a court reporter at Warner Law Firm, LLC, 155 N. Michigan Ave., Suite 737, Chicago, Illinois 60601:

| Deponent | Time |
|---|---|
| 1. Willam G. Sligar | 9:00 a.m. |
| 2. Phillip J. Rotche | Immediately following the first deposition. |

Submitted,

Curtis C. Warner

Curtis C. Warner

Curtis C. Warner      cwarner@warnerlawllc.com
Warner Law Firm, LLC
155 N. Michigan Avenue, Suite 737

# APPENDIX 2

**Subject: Schlacher v. Rotche**
**Date:** Monday, July 14, 2008 3:56 PM
**From:** Curt Warner <cwarner@warnerlawllc.com>
**To:** Corinne C Heggie <cheggie@hinshawlaw.com>, Colleen McLaughlin
<colleen@cmmclaw.com>, Dmitry Feofanov <Feofanov@ChicagoLemonLaw.com>
**Conversation:** Schlacher v. Rotche

Corrine:

This e-mail shall serve as a follow up to our conversation today at court.  You advised
me that the depositions of Mr. Rotche and Mr. Sligar will not be able to go forward on
the date and time set due to your schedule.  Therefore, please provide meat your
earliest convenience 3 alternative dates and times in which the requested deponents
would be available.  Please be advised that if no response is provided by July 21, 2008,
consider this a Rule 37, L.R. 37.2 communication in an attempt to obtain discovery.

I look forward to the deponents availability.

                                        Redacted Fed. R. Evid. 408

Regards,

Curt


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Curtis Warner**    |   **Admitted in Illinois & Michigan**
_____
Warner Law Firm, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 737
Chicago, Illinois 60601
**tel.** 312.238.9820
**fax.** 312.638.9139
**web.** www.warnerlawllc.com
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - -

IMPORTANT: This message is intended solely to be used by the individual or entity to
which it is addressed.  It may contain information which is privileged, confidential and
otherwise exempt by law from disclosure.  If you are not the intended recipient, and
employee or agent responsible for delivering this message to its intended recipient, you
are herewith notified that any dissemination, distribution or copying of this
communication is strictly prohibited.  If you have received this communication in error,
please notify us immediately and delete this communication.  Thank you.  Warner Law Firm,
LLC

Any tax advice contained in this email was not intended to be used, and cannot be used,

# APPENDIX 3

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEAN SCHLACHER and TERI SCHLACHER, | ) | |
| | ) | 08 C 2844 |
| Plaintiffs, | ) | |
| | ) | Judge Schader |
| v. | ) | |
| | ) | Magistrate Judge Nolan |
| LAW OFFICES OF PHILLIP J. ROTCHE & | ) | |
| ASSOCIATES, P.C. | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED NOTICE OF DEPOSITIONS**

TO:   David M. Schultz      dschultz@hinshawlaw.com
        Corinne C. Heggie      cheggie@hinshawlaw.com
        HINSHAW & CULBERTSON LLP
        222 North LaSalle Street, Suite 300
        Chicago, Illinois 60601

        PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure that on **Friday, August 8, 2008**, Plaintiffs will take the deposition of the persons listed below in the above-captioned matter upon oral examination before a court reporter at Esquire Deposition Services, 311 West Monroe Street, Suite 1200, Chicago, Illinois 60606.  The examination of William G. Sligar shall be done also by video deposition by Esquire Deposition Services.

| **Deponent** | **Time** |
|---|---|
| 1. Willam G. Sligar (video deposition) | 10:00 a.m. |
| 2. Phillip J. Rotche | 12 noon |

Submitted electronically,

Curtis C. Warner
Curtis C. Warner

Curtis C. Warner        cwarner@warnerlawllc.com
Millennium Park Plaza
Warner Law Firm, LLC
155 N. Michigan Avenue, Suite 737
Chicago, Illinois 60601
(312) 238-9820 (TEL)

# APPENDIX 4

**Subject: Re: Schlacher**
**Date:** Tuesday, July 29, 2008 1:49 PM
**From:** Curt Warner <cwarner@warnerlawllc.com>
**To:** Corinne C Heggie <cheggie@hinshawlaw.com>
**Cc:** Colleen McLaughlin <colleen@cmmclaw.com>, "'David M. Schultz'"
<dschultz@hinshawlaw.com>, Elissa <elissa@cmmclaw.com>, Dmitry Feofanov
<Feofanov@ChicagoLemonLaw.com>
**Conversation:** Schlacher

Corinne:

It has been almost a week since this e-mail below and you have not provided any
alternative deposition dates.  I have called and left a message to speak with you
personally, but you have not returned my call to discuss the depositions of Mr. Sligar
and Mr. Rotche.

I was informed that in open Court on the initial status call you indicated that the
requested deponents would be promptly produced.  Each proposed time you have cited
a conflict and failed to provide any alternative dates.  According to your firm's website
your firm has 100's of attorneys and a supervising partner who has his appearance as
an attorney of record in this case who has also appeared on the only FDCPA case to
reach the Supreme Court.  However none of them apparently can attend the defense of
the August 8 depositions.

You now have recently issued written discovery to Plaintiffs and have scheduled their
video taped depositions.  Apparently you are posturing to litigate this case.

As such, in absence of a Protective Order issued by the Court, I am not canceling the
noticed depositions for August 8, 2008 in this matter and they will move forward as
scheduled.

Regards,


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Curtis Warner**     |     **Admitted in Illinois & Michigan**
_____

Warner Law Firm, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 737
Chicago, Illinois 60601
**tel.** 312.238.9820
**fax.** 312.638.9139
**web.** www.warnerlawllc.com
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - - -
IMPORTANT: This message is intended solely to be used by the individual or entity to
which it is addressed.  It may contain information which is privileged, confidential and
otherwise exempt by law from disclosure.  If you are not the intended recipient, and
employee or agent responsible for delivering this message to its intended recipient, you
are herewith notified that any dissemination, distribution or copying of this
communication is strictly prohibited.  If you have received this communication in error,
please notify us immediately and delete this communication.  Thank you.  Warner Law Firm,
LLC

Any tax advice contained in this email was not intended to be used, and cannot be used,
by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of
1986, as amended.
_____
_____

On 7/24/08 8:59 AM, "Corinne C Heggie" <cheggie@hinshawlaw.com> wrote:


Curtis
I have depositions in Waukegan, IL on Friday August 8, 2008.
I will confer with Mr. Sligar and Mr. Rotche for three (3) alternative deposition
dates.
Corinne

Corinne Cantwell Heggie
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
tel: (312) 704-3626
fax: (312) 704-3001


**Curt Warner <cwarner@warnerlawllc.com>** 07/23/2008 04:59 PM

|  |  |
|---|---|
| | To |
| Corinne C Heggie <cheggie@hinshawlaw.com>, "'David M. Schultz'" <dschultz@hinshawlaw.com> | |
| | cc |
| Colleen McLaughlin <colleen@cmmclaw.com>, Dmitry Feofanov <Feofanov@ChicagoLemonLaw.com>, Elissa <elissa@cmmclaw.com> | |
| | Subject |
| Re: Schlacher | |

# APPENDIX 5

# HINSHAW

& CULBERTSON LLP

Corinne C. Heggie
312-704-3626
cheggie@hinshawlaw.com

July 25, 2008

**ATTORNEYS AT LAW**

222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081

312-704-3000
312-704-3001 (fax)
www.hinshawlaw.com

**VIA EMAIL**
Curtis C. Warner
Warner Law Firm LLC
151 N. Michigan Avenue
Apt. #3714
Chicago, IL  60601
cwarner@warnerlawllc.com

      Re:    *Schlacher, et al. v. Law Offices of Phillip J. Rotche & Associates*
            *Case No.:  08 CV 2844*

Dear Mr. Warner:

      Attached please find the following:

- Defendant's Rule 68 Offer of Judgment;

- Written discovery directed to plaintiffs; and

- Deposition notices for plaintiffs.

                Very truly yours,

                Hinshaw & Culbertson LLP
                /s/Corinne C. Heggie

                Corinne C. Heggie

CCH:rl
Attachments

cc:  David M. Schultz (w/o attachments)

Arizona   California   Florida   Illinois   Indiana   Massachusetts   Minnesota   Missouri   New York   Oregon   Rhode Island   Wisconsin

# APPENDIX 6

**Subject: Re: Schlacher**
**Date:** Wednesday, July 30, 2008 10:38 AM
**From:** Curt Warner <cwarner@warnerlawllc.com>
**To:** Corinne C Heggie <cheggie@hinshawlaw.com>
**Cc:** Colleen McLaughlin <colleen@cmmclaw.com>, "'David M. Schultz'"
<dschultz@hinshawlaw.com>, Elissa <elissa@cmmclaw.com>, Dmitry Feofanov
<Feofanov@ChicagoLemonLaw.com>
**Conversation:** Schlacher

Connie:

Please provide me at your earliest convenience the dates that Mr. Rotche and Mr. Sligar
can be presented for their depositions so that we can send you a formal notice of
depositions.

Regards,


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Curtis Warner**    |   **Admitted in Illinois & Michigan**
_____

Warner Law Firm, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 737
Chicago, Illinois 60601
**tel.** 312.238.9820
**fax.** 312.638.9139
**web.** www.warnerlawllc.com
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - -

IMPORTANT: This message is intended solely to be used by the individual or entity to
which it is addressed.  It may contain information which is privileged, confidential and
otherwise exempt by law from disclosure.  If you are not the intended recipient, and
employee or agent responsible for delivering this message to its intended recipient, you
are herewith notified that any dissemination, distribution or copying of this
communication is strictly prohibited.  If you have received this communication in error,
please notify us immediately and delete this communication.  Thank you.  Warner Law Firm,
LLC

Any tax advice contained in this email was not intended to be used, and cannot be used,
by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of
1986, as amended.
_____
_____

On 7/30/08 10:11 AM, "Corinne C Heggie" <cheggie@hinshawlaw.com> wrote:

Curtis
The e-mail you reference below is dated 7/24.  A week from 7/24 is not
today. It is Thursday, 7/31.
You left me a phone message the morning of 7/29.
It is reasonable to allow someone at the very least 24 hours to have the
opportunity to respond to a voice mail.

I am handling the depositions in this matter. I am not available on August 8
and so notified you last week because of depositions scheduled in Waukegan,
Illinois.  Now, you advise that you intend to proceed with depositions in this
case on August 8th.  That is your decision to conduct depositions with no
deponents and there is no need for me to provide you with the dates Mr.
Rotche and Mr. Sligar communicated to me.  Should you change your mind,
please let me know so I can advise you of deposition dates.

As to our Offer of Judgment, you cannot partially accept it.  Our Offer was to
settle the entire case as to all plaintiffs' not to create piece meal litigation out
of the complaint.

Finally, please provide me with Jean Schlacher's date of birth and social
security number so a subpoena for her medical records from Dr. Gary Yong
can be issued.  Please know that I will not circulate her social security
number to anyone other than my assistant who be helping me get the
records.

Corinne

Corinne Cantwell Heggie
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
tel: (312) 704-3626
fax: (312) 704-3001

**Curt Warner <cwarner@warnerlawllc.com>** 07/29/2008 01:49 PM

Corinne C Heggie <cheggie@hinshawlaw.com>

Colleen McLaughlin <colleen@cmmclaw.com>, "'David M. Schultz'"

To

cc

# APPENDIX 7

Firm I.D. No. 90384                                    Matter #: 889735/Corinne C. Heggie

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Jean Schlacher, Alfred Schlacher and Teri Schlacher | ) |
| vs | ) No. 08 CV 2844 |
| | ) JUDGE: Shadur |
| Law Offices of Phillip Rotche & Associates | ) |

### NOTICE OF DEPOSITION

TO: **All Counsel Of Record**
    **(See Attached Service List)**

DEPONENT: ***Dr. Gary Yong***

    You are hereby notified that pursuant to the provisions of Rules of Civil Procedure for District Courts of the United States, the deposition of the above-named deponent will be taken for the purpose of discovery before a Notary Public in and for the State of Illinois on;

DATE:    **September 3, 2008**        TIME:    **1:00 p.m.**

ADDRESS: **Hinshaw & Culbertson LLP**    ROOM:    **300**
                **222 North LaSalle Street**
                **Chicago, Illinois 60601**

wherein oral interrogatories will be propounded **to** the said **witness** AT WHICH TIME AND PLACE YOU MAY APPEAR IF YOU SEE FIT. A copy of the subpeena served upon the witness is attached.

### HINSHAW & CULBERTSON LLP

    Attorneys ***Corinne C. Heggie***           Phone 312-704-3626

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS: |
| COUNTY OF COOK | ) |

    The undersigned, being first duly sworn on oath, deposes and says that he/she served a copy of the foregoing Notice to those person(s) to whom it is addressed by via email, on the 1st day of August, 2008.

_____

SUBSCRIBED and SWORN to before me
this 1st day of August, 2008.

_____
Notary Public

OFFICIAL SEAL
ELAINE R HARRIS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/19/09

American LegalNet, Inc.
www.FormsWorkflow.com