IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEAN SCHLACHER, ALFRED SCHLACHER, and TERI SCHLACHER,　　　　　） <br> ） <br> Plaintiffs,　　） <br> ） <br> v.　　） <br> ） <br> LAW OFFICES OF PHILLIP J. ROTCHE & ASSOCIATES, P.C.　　） <br> ） <br> Defendant,　　） | 08 C 2844 <br><br> Judge Shadur <br><br> Magistrate Judge Nolan |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, August 5, 2008, at 9:15 a.m**., before the Honorable **Milton I. Shadur**, or any judge occupying his place and stead in **Room 2303** of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, Plaintiff Jean Schlacher shall present **Plaintiffs' Motion to Compel the Depositions of William G. Sligar and Phillip J. Rotche.**

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/ Curtis C. Warner
　　　　　　　　　　　　　　　　　　　Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
155 N. Michigan Avenue, Suite 737
Chicago, Illinois 60601
(312) 238-9820 (TEL)

## CERTIFICATE OF SERVICE

    I, Curtis C. Warner, hereby certify that on **August 1, 2008**, I filed electronically **Plaintiffs' Motion to Compel the Depositions of William G. Sligar and Phillip J. Rotche, attached appendices and notice of the motion thereof** using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered to the following:

David M. Schultz
Corinne C. Heggie
Hinshaw & Culbertson LLP
222 No. LaSalle St., Ste. 300
Chicago, IL 60601-1081

            Respectfully submitted,

            s/ Curtis C. Warner
              Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
155 N. Michigan Avenue, Suite 737
Chicago, Illinois 60601
(312) 238-9820 (TEL)