# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2844 | **DATE** | 8/14/2008 |
| **CASE TITLE** |  | Jean Schlacher, et al vs. Law Offices of Phillip J. Rotche & Assoc. | |

**DOCKET ENTRY TEXT**

Based on the acceptance by plaintiff, Jean Schlacher of the Fed. R. Civ. P. ("Rule") 68 officer made by defendant, Law Offices of Phillip J. Rotche & Assoc., judgment is ordered to be entered in favor of Jean Schlacher and against defendant in the sum of $4000.00. This Court determines pursuant to Rule 54(b) that there is no just reason for delay and accordingly directs entry of a final judgment in that amount against defendant (see, e.g., <u>Doe v. City of Chicago,</u> 360 F.3d 667, 668-69 (7th Cir. 2004)). In accordance with the Rule 69 offer, Jean Schlacher is also entitled to an award of reasonable attorneys fees and costs to be determined by this Court, an entitlement that does not prevent or affect the finality of the judgment ordered here.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|