# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Jean Schlacher | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 2844 |
| Law Offices of Phillip J. Rotche & Assoc. | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in favor of the Plaintiff, Jean Schlacher and against the defendant, Law Offices of Phillip J. Rotche & Assoc. in the sum of $4,000.00.

Michael W. Dobbins, Clerk of Court

Date: 8/14/2008 _____

/s/ Sandy Newland, Deputy Clerk